MINUTE ENTRY           8:40 a.m.


ROBERT C. SENIDO -vs- OFFICE OF THE ATTORNEY GENERAL, etal


PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
   Randy Schmidt, Law Clerk
   Sanae Shmull, Court Reporter
   K. Lynn Lemieux, Courtroom Deputy
   Stephen Woodruff, Attorney for Plaintiff
   Justin Wolosz, Attorney for Defendants
   Joseph Taijeron, Attorney for Defendants


PROCEEDINGS: MOTION FOR TEMPORARY RESTRAINING ORDER

 Plaintiff was represented in court by Attorney Stephen Woodruff.  Defendants were represented by Attorneys Justin Wolosz and Joseph Taijeron.

 Attorney Woodruff stated that a conversation was had between the parties just prior to Court and he is, according to the discussion, ready to withdraw the request for a TRO.

 Court examined all counsel on the status of this case in the Commonwealth Courts.

 Court instructed Attorney Woodruff to prepare a notice documenting today's hearing and setting the date for hearing according to the scheduling orders of this Court.


        Adjourned 8:50 a.m.


;    [KLL EOD 09/23/2003]