MINUTE ENTRY          9:10 a.m.

ROBERT C. SENIDO -vs- OFFICE OF THE ATTORNEY GENERAL, etal

PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
   Gilbert Birnbrich, Law Clerk
   Sanae Shmull, Court Reporter
   K. Lynn Lemieux, Courtroom Deputy
   Stephen Woodruff, Attorney for Plaintiff
   Justin Wolosz, Attorney for Defendants
   Joseph Taijeron, Attorney for Defendants

PROCEEDINGS: MOTION FOR PRELIMINARY INJUNCTION

 Plaintiff was represented in court by Attorney Stephen Woodruff.  Defendants were represented by Attorneys Justin Wolosz and Joseph Taijeron.

 Court counsel on the status of this case in the Commonwealth Courts.  Attorney Woodruff reported to the Court.

 Attorney Wolosz objected to the late filings of pleadings that Attorney Woodruff filed just minutes before this hearing.  Attorney Woodruff argued on his client's behalf.

 Court received the Notice of Errata but would not receive or consider the other late filings by Attorney Woodruff; the Request re: Presentation of Evidence Pertinent to Motion for Preliminary Injunction and Declaration.

 Attorney Woodruff argued the motion for preliminary injunction.  Attorney Wolosz argued on behalf of the CNMI government.

 Attorney Woodruff again moved the Court to receive his documents.  Court denied the motion.

 Court, after hearing all argument, took the matter under advisement and stated that a written order would be forthcoming.


        Adjourned 10:00 a.m.

;    [KLL EOD 11/06/2003]